## JUDY *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 13, September Term, 1959.]

*Decided October 20, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM

This application for leave to appeal is denied. We think the application for relief under the Post Conviction Procedure Act was properly denied, for the reasons set out at length in the opinion of the court below.